# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-3520

———————————————

UNIQUE PATE,

　　Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

　　Appellee.

———————————————

On appeal from the Reemployment Assistance Appeals
Commission.
Frank E. Brown, Chair.

January 19, 2024

PER CURIAM.

　　AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Unique Pate, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Tallahassee, for Appellee.